IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

STONE MOUNTAIN PLACE APARTMENTS,

Plaintiff-Appellee,

v.                                                                              No. 28,767

GLORIA SANCHEZ,

Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY
Jerald A. Valentine, District Judge

Sandenaw & Anderson PC
Glenn D. Hall
Las Cruces, NM

for Appellee

Gloria P. Sanchez
Las Cruces, NM

for Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____

**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**RODERICK T. KENNEDY, Judge**